UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN BRIAN WARD,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.
______________________________/

Hon. Jane M. Beckering

Case No. 1:25-cv-701

## CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

Kevin Brian Ward has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Motion for Relief from Judgment – ECF No. 12

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Kevin Brian Ward files a signature page (attached) within 21 days of the date of this order.

IT IS SO ORDERED

Date: September 3, 2026

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN BRIAN WARD,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

____________________________________/

Hon. Jane M. Beckering

Case No. 1:25-cv-701

**SIGNATURE PAGE FOR:**

Motion for Relief from Judgment – ECF No. 12

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

________________________________________

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.